GILBERT v. N.C. FARM BUREAU MUT. INS. COS.

[357 N.C. 244 (2003)]

WILLIAM SCOTT GILBERT AND WIFE, ANGELA R. GILBERT v. NORTH CAROLINA FARM BUREAU MUTUAL INSURANCE COMPANIES

No. 59A03

(Filed 13 June 2003)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 155 N.C. App. ——, 574 S.E.2d 115 (2002), reversing an order and partial judgment entered 25 July 2001 by Judge Ernest B. Fullwood in Superior Court, New Hanover County. Heard in the Supreme Court 6 May 2003.

*Block, Crouch, Keeter & Huffman, L.L.P., by Auley M. Crouch, III, and Christopher K. Behm, for plaintiff-appellants.*

*Cox & Tillery, P.A., by J. Thomas Cox, Jr., for defendant-appellee.*

PER CURIAM.

AFFIRMED.